STERN v. BRODSKY.

(Supreme Court, Appellate Term. February 25, 1901.)

APPEAL—DECISION ON CONFLICTING EVIDENCE.
     Where a case was tried on conflicting evidence, and the trial court's decision could not be regarded as against the weight of evidence, the judgment would be affirmed on appeal.

Appeal from municipal court, borough of Manhattan, Eighth district.

Action by Samuel Stern against Isaac Brodsky. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before ANDREWS, P. J., and O'GORMAN and BLANCHARD, JJ.

M. Greenberg, for appellant.
L. Sanders, for respondent.

ANDREWS, P. J. The action was brought to recover for goods sold and delivered, and the defense was payment. There was no dispute as to the sale and delivery of the goods, nor that the price of the goods was paid to one Black. The defendant claimed that Black was the partner of the plaintiff at the time of such payment. Stern admitted that Black had been his partner, but that the partnership had been dissolved before the money was paid. The case was tried upon conflicting evidence, and I do not think that the decision of the court below can be regarded as against the weight of evidence, and the judgment should therefore be affirmed, with costs. All concur.